IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT LYMAN BREHM,

      Petitioner,

v.                                    CASE NO.  5:11cv107-RH/EMT

PAIGE AUGUSTINE, WARDEN,

      Respondent.

_____/

## ORDER DENYING PETITION

This case is before the court on the report and recommendation, ECF No. 14, and the objections, ECF No. 16.  I have reviewed *de novo* the issues raised by the objections.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating:

> The petitioner's claim that he is entitled to release from custody because he posted a bond is DENIED with prejudice.  The petitioner's claim that he is entitled to early release because the Bureau of Prisons improperly delayed his enrollment in the Residential Drug Abuse

Program is DISMISSED without prejudice for failure to exhaust administrative remedies.

The clerk must close the file.

SO ORDERED on November 1, 2011.

Robert L. Hinkle
United States District Judge
